1  **MICHAEL N. FEUER**, City Attorney
2  **KATHLEEN A. KENEALY**, Chief Asst City Attorney (SBN 212289)
   **SCOTT MARCUS**, Chief, Civil Litigation Branch (SBN 184980)
3  **CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
   **TY A. FORD**, Deputy City Attorney (SBN 218365)
4  200 North Main Street, 6th Floor, City Hall East
   Los Angeles, CA 90012
5  Phone No.: (213) 978-7047
   Fax No.:   (213) 978-8785
6  Email: ty.ford@lacity.org

7  *Attorneys for Defendant* **CITY OF LOS ANGELES**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BRAMBILA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; JUAN ZENDEJAS, an individual; RUDOLPH RIVERA, an individual; and DOES 1-10,<br><br>　　　Defendants. | CASE NO. 2:19-cv-09502 CAS (KSx)<br>[Assigned to Hon. Christina A. Snyder, USDC-1st Cthse., Ctrm. 8D; Magistrate Stevenson, Roybal-Cthse, Ctrm. 580]<br><br>**DEFENDANT CITY OF LOS ANGELES' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL** |

COMES NOW, Defendant CITY OF LOS ANGELES answering the Plaintiff's Complaint for Damages for itself and for no other parties, admits, denies and alleges as follows:

## JURISDICTION

Answering paragraph 1., no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## VENUE

Answering paragraph 2., Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

1

# PARTIES

Answering paragraph 3., Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

Answering paragraph 4., Defendant denies the allegations contained therein.

Answering paragraph 5., Defendant denies the allegations contained therein.

Answering paragraph 6., the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

Answering paragraph 7., Defendant denies the allegations contained therein.

Answering paragraph 8., Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

Answering paragraph 9., Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

Answering paragraph 10., Defendant denies the allegations contained therein.

Answering paragraph 11., Defendant denies the allegations contained therein.

Answering paragraph 12., Defendant denies the allegations contained therein.

Answering paragraph 13., Defendant denies the allegations contained therein.

Answering paragraph 14., Defendant denies the allegations contained therein.

    a.    Answering paragraph 14.a., Defendant denies the allegations contained therein.

    b.    Answering paragraph 14.b., Defendant denies the allegations contained therein.

    c.    Answering paragraph 14.c., Defendant denies the allegations contained therein.

    d.    Answering paragraph 14.d., Defendant denies the allegations contained therein.

  e. Answering paragraph 14.e., Defendant denies the allegations contained therein.

  f. Answering paragraph 14.f., Defendant denies the allegations contained therein.

## FIRST CAUSE OF ACTION – VIOLATION 42 U.S.C. §1983:
### (Fourth and Fourteenth Amendments to U.S. Constitution)
### Against All Defendants

Answering paragraph 15., which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

Answering paragraph 16., no factual allegations are made therein, and on that basis the paragraph goes unanswered.

Answering paragraph 17., no factual allegations are made therein, and on that basis the paragraph goes unanswered.

Answering paragraph 18., Defendant denies the allegations contained therein.

Answering paragraph 19., Defendant denies the allegations contained therein.

Answering paragraph 20., Defendant denies the allegations contained therein.

Answering paragraph 21., Defendant denies the allegations contained therein.

Answering paragraph 22., the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

## SECOND CAUSE OF ACTION – VIOLATION 42 U.S.C. §1983:
### (Municipal Liability – *Monell*)
### Against Defendant CITY OF LOS ANGELES, Only

Answering paragraph 23., which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

Answering paragraph 24., Defendant denies the allegations contained therein.

Answering paragraph 25., Defendant denies the allegations contained therein.

1     Answering paragraph 26., Defendant denies the allegations contained therein.

2     Answering paragraph 27., Defendant denies the allegations contained therein.

3     Answering paragraph 28., Defendant denies the allegations contained therein.

4     Answering paragraph 29., Defendant denies the allegations contained therein.

5     Answering paragraph 30., Defendant denies the allegations contained therein.

## SUPPLEMENTAL CLAIMS

## THIRD CAUSE OF ACTION – CALIFORNIA STATE LAW

### (Assault and Battery)

### Against All Defendants

Answering paragraph 31., which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

Answering paragraph 32., Defendant denies the allegations contained therein.

Answering paragraph 33., no factual allegations are made therein, and on that basis the paragraph goes unanswered.

Answering paragraph 34., Defendant denies the allegations contained therein.

Answering paragraph 35., the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

Answering paragraph 36., the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

Answering paragraph 37., the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

Answering paragraph 38., the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

Answering paragraph 39., the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

///

///

## FOURTH CAUSE OF ACTION – CALIFORNIA STATE LAW

### (Negligence)

### Against All Defendants

Answering paragraph 40., which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

Answering paragraph 41., Defendant denies the allegations contained therein.

Answering paragraph 42., no factual allegations are made therein, and on that basis the paragraph goes unanswered.

Answering paragraph 43., Defendant denies the allegations contained therein.

Answering paragraph 44., the cause of action is not alleged against the answering Defendant, and on that basis the paragraph goes unanswered.

Answering paragraph 45., Defendant denies the allegations contained therein.

Answering paragraph 46., Defendant denies the allegations contained therein.

Answering paragraph 47., Defendant denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendant alleges each of the following:

### FIRST AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the **negligence of Plaintiff**, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

### SECOND AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the **negligence of other persons**, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

///

///

### THIRD AFFIRMATIVE DEFENSE

Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

### FOURTH AFFIRMATIVE DEFENSE

The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary **for self-defense.**

### FIFTH AFFIRMATIVE DEFENSE

The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for the **defense of others.**

### SIXTH AFFIRMATIVE DEFENSE

The claims are barred by the statute of limitations set forth in California *Code of Civil Procedure* § 340(3) and *Government Code* §945.6.

### SEVENTH AFFIRMATIVE DEFENSE

The state claims are barred for plaintiff's failure to comply with the provisions of the California Tort Claims Act, *Government Code* § 910 et seq.

### EIGHTH AFFIRMATIVE DEFENSE

The action is barred for lack of standing to sue.

### NINTH AFFIRMATIVE DEFENSE

The action is barred by the doctrine of res judicata.

### TENTH AFFIRMATIVE DEFENSE

Defendant's actions are privileged pursuant to *Civil Code* § 47.

### ELEVENTH AFFIRMATIVE DEFENSE

Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

///

///

## TWELFTH AFFIRMATIVE DEFENSE

Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

*Government Code* §§ 815.2, 818, 818.8, 820.2, 820.8, 821.6 and 822.2

## DEFENDANT'S PRAYER

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff take nothing by way of this action;
2. That the action be dismissed;
3. That Defendant be awarded costs of suit;
4. That Defendant be awarded other and further relief as the Court may deem just and proper including an award of attorneys' fees pursuant to 42 U.S.C. § 1988.

## DEMAND FOR JURY TRIAL

Defendant hereby demands and requests a trial by jury in this matter.

Dated: December 4, 2019

Respectfully submitted,

**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY**, Chief Asst City Attorney
**SCOTT MARCUS**, Chief, Civil Litigation Branch
**CORY M. BRENTE**, Senior Assistant City Attorney
**TY A. FORD**, Deputy City Attorney

By: */s/ Ty A. Ford*
    **TY A. FORD**, Deputy City Attorney
*Attorneys for Defendant* **CITY OF LOS ANGELES**

7