1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOSE BRAMBILA, | Case No.: CV 19-9502-DMG (KSx) |
| --- | --- |
| Plaintiff, | **ORDER CONTINUING SCHEDULING CONFERENCE [50]** |
| vs. | |
| CITY OF LOS ANGELES; JUAN ZENDEJAS, an individual; RUDOLPH RIVERA, an individual; and DOES 1-10, | |
| Defendants. | |

The Court, having considered the parties' Stipulation and Request for Continuance of the Scheduling Conference, and for good cause shown, hereby ORDERS:

 1. That the Scheduling Conference currently scheduled for January 24, 2020 at 9:30 a.m. is hereby continued to **March 20, 2020 at 9:30 a.m.**

 2. That the Scheduling Meeting of Counsel shall take place at least twenty-one (21) days in advance of the Scheduling Conference. The parties shall prepare a jointly signed report to be submitted to the Court no less than fourteen (14) days before the Scheduling Conference.

3. Counsel for Plaintiff shall give notice to all parties.

IT IS SO ORDERED.

DATED: December 26, 2019

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE