1  Susan E. Coleman (SBN 171832)
   E-mail:  scoleman@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
3  Los Angeles, CA  90071-2953
   Tel: 213.236.0600     Fax: 213.236.2700
4
   Attorneys for Defendant
5  JUAN ZENDEJAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOSE BRAMBILA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, JUAN ZENDEJAS, an individual; RUDOLPH RIVERA, an individual; and DOES 1-10,<br><br>　　　　　Defendants.<br><hr>JUAN ZENDEJAS,<br><br>　　　　　Cross-Complainant,<br><br>v.<br><br>JOSE BRAMBILA, an individual, and MOES 1 through 10, inclusive,<br><br>　　　　　Cross-Defendants. | Case No.  2:19-cv-09502-DMG-KS<br><br>**DEFENDANT  JUAN ZENDEJAS' CROSS-COMPLAINT FOR INDEMNITY, AND DEFAMATION PER SE AGAINST JOSE BRAMBILA**<br><br>Judge:     Hon. Dolly M. Gee |
|---|---|

COMES NOW, Defendant and Cross-Complainant, JUAN ZENDEJAS, for causes of action against Cross-Defendants JOSE BRAMBILA, an individual, and MOES 1 through 10 inclusive, as follows:

///

///

## FIRST CAUSE OF ACTION

(Equitable Indemnity as to all Cross-Defendants)

1. Cross-complainant JUAN ZENDEJAS is now, and at all times mentioned in this cross-complaint was, an individual residing in the County of Los Angeles, State of California.

2. Cross-complainant is informed and believes that cross-defendants JOSE BRAMBILA and MOES 1 through 10, inclusive, are now and at all times mentioned in this cross-complaint were individuals subject to the personal jurisdiction of this court and residing in the County of Los Angeles, State of California.

3. Cross-complainant is informed and believes and thereon alleges that cross-defendants JOSE BRAMBILA and MOES 1 through 10, inclusive, are individuals residing in the County of Los Angeles, State of California.

4. Cross-complainant does not know the true names of MOES 1 through 10, inclusive, and, therefore, sues them by those fictitious names. Cross-complainant is informed and believes and on the basis of that information and belief, alleges that each of those cross-defendants was in some manner responsible for the events and happenings alleged in the underlying Complaint for injuries and damages and were and are obligated to indemnify Cross-complainant.

5. At all times mentioned in this cross-complaint, each of the cross-defendants was an agent, servant or employee of each of the other cross-defendants, and in doing the acts alleged in this cross-complaint was acting within the course and scope of said agency, employment or representation, with the knowledge, consent and approval of each of the other cross-defendants.

6. Plaintiff JOSE BRAMBILA filed his Complaint in the United States District Court, Case No. 19-CV-09502-DMG (KSx) against THE CITY OF LOS ANGELES, JUAN ZENDEJAS, RUDOLPH RIVERA and DOES 1 through 10, inclusive. (Docket Document No. 1).

1  7.  Plaintiff wrongfully alleged JUAN ZENDEJAS and RUDOLPH RIVERA assaulted him, causing physical injuries on October 20 or 21, 2018.

8.  Based on information and belief, Plaintiff's/Cross-defendant's own actions resulted and/or contributed to the Incident, resulting in the damages Plaintiff alleges. Accordingly, Cross-defendants are required to equitably indemnify Cross-complainant for the damages alleged and his attorneys' fees in defending this unjust and false action.

9.  Cross-defendants, and each of them, have an equitable duty to indemnify cross-complainant, either totally or in proportion to the relative degree of fault of the parties, for any damages allegedly incurred by Cross-complainant.

**SECOND CAUSE OF ACTION**

(Declaratory Relief as to all Cross-Defendants)

10.  Cross-complainant re-alleges and incorporates by reference each allegation contained in the preceding paragraphs of this cross-complaint and incorporates them as though fully set forth herein.

11.  An actual controversy exists between the parties concerning their respective rights and duties because Cross-complainant contends and Cross-defendants dispute that Cross-complainant is entitled to complete indemnification and/or partial indemnification according to apportionment of fault and Cross-defendants are obligated to indemnify and hold Cross-complainant harmless from any and all liability, loss, costs, damages, fees, and other expenses.

**THIRD CAUSE OF ACTION**

(Defamation and Defamation Per Se as to all Cross-Defendants)

12.  Cross-complainant re-alleges and incorporates by reference each allegation contained in the preceding paragraphs of this cross-complaint and incorporates them as though fully set forth herein.

13.  On October 20 or 21, 2018, Cross-defendant JOSE BRAMBILA was at the Cities Restaurant and Lounge located at 4512 E. Cesar Chavez Ave. in Los

Angeles. He was drinking and/or intoxicated.

14. On October 20 or 21, 2018, Cross-defendant JOSE BRAMBILA became agitated, aggressive and confrontational both verbally and physically with Cross-Complaint and others necessitating Cross-Complainant to act out of self-defense and/or defense of others.

15. Nonetheless, Cross-Defendants including JOSE BRAMBILA knowingly, intentionally and falsely publicized statements to law enforcement and others that he had been harmed by Cross-Complainant's aggression. These false statements would cause a reader to believe that Cross-Complainant used violence against Cross-Defendant without provocation or reason, which is false.

16. As a result of the false statements, Cross-Complainant has and will suffer emotional distress as well as harm to his business, employment and reputation, in addition to attorneys' fees and costs.

17. Cross-defendants have acted with knowledge that their depictions of Cross-Complainant are false and with a reckless disregard of the truth, in such a manner as to intend to cause Cross-Complainant harm. This despicable, willful, malicious and intentional conduct was done in conscious disregard of the rights and reputation of Cross-Complainant. As such, Cross-Complainant is entitled to recover punitive and exemplary damages in an amount sufficient to punish and deter Cross-Defendants.

**PRAYER**

WHEREFORE, Cross-complainant requests that this Court:

1. Award compensatory damages to Cross-complainant according to proof;

2. Enter judgment declaring the rights of Cross-complainant to total or partial indemnification from Cross-defendants, and each of them;

3. Enter judgment in a proportionate share from each Cross-defendant;

///

4. Make a judicial determination that Cross-defendants were the legal cause of any injuries and damages alleged by Plaintiff;

5. Award punitive and exemplary damages;

6. Award restitution of all monies as a result of the damage to Cross-Defendant's business and employment; and

7. Award Cross-complainant any other further relief that the Court considers proper, including recovery of attorneys' fees in defense of the civil litigation and pursuit of this cross-complaint.

Dated: February 25, 2020    BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Susan E. Coleman*
      Susan E. Coleman

Attorneys for Defendant
JUAN ZENDEJAS