JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BRAMBILA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CITY OF LOS ANGELES; JUAN ZENDEJAS, an individual; RUDOLPH RIVERA, an individual; and DOES 1 through 10,<br><br>                    Defendants. | Case No.: CV 19-9502-DMG (KSx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE [41]** |

Good cause appearing, defendants Rudolph Rivera and Juan Zendejas are hereby dismissed with prejudice and the above-captioned action is dismissed in its entirety. All parties are to bear their own costs arising out of this dismissal. All scheduled dates and deadlines are VACATED.

DATED: September 22, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-